# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00542-CV

**Marissa Guarin Gomez, Appellant**

**v.**

**Grant William Goode, Appellee**

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 425th JUDICIAL DISTRICT
NO. 11-3720-F425, HONORABLE MARK J. SILVERSTONE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Counsel for appellant Marissa Guarin Gomez and appellee Grant William Goode, pro se, have filed an "Agreed Motion to Vacate Trial Court's Judgment, Dismiss the Cause, and to Dismiss the Appeal" in accordance with the parties' settlement agreement.

In accordance with the parties' agreement, we vacate the trial court's judgment and dismiss the cause. *See* Tex. R. App. P. 43.2(e).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Vacated and Dismissed

Filed:   September 20, 2012